

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00335-CV

_____

IN THE INTEREST OF M.M., A CHILD

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-739255-23

Before Walker, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered appellant T.R.'s "Motion for Dismissal of Appeal." We grant the motion and dismiss the appeal of appellant T.R. only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 1, 2024